AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| CHUVALO M. FERRELL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    1:25-CV-5980 |
| Bravo Media, LLC, | ) | |
| NBCUniversal Media, LLC, | ) | |
| Truly Original, LLC, and | ) | |
| Shanae Humphrey | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    NBCUniversal Media, LLC.
30 Rockefeller Plaza
New York, NY 10112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth Muhammad
Law Office of Kenneth Muhammad
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

*CLERK OF COURT*

Date:    10/20/2025



s/Beverly Creech

*Signature of Clerk or Deputy Clerk*